Leon A. Berezniak, Appellee, v. Beauregard F. Moseley and Idlewild Hotel & Investment Company, Appellants.

Gen. No. 24,070.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES N. GOODNOW, Judge, presiding. Heard in this court at the March term, 1918. Appeal dismissed. Opinion filed July 1, 1918.

## Statement of the Case.

Action by Leon A. Berezniak, plaintiff, against Beauregard F. Moseley and Idlewild Hotel & Investment Company, a corporation, defendants, to recover for professional services. From a judgment for plaintiff for $150, defendants appeal.

G. T. GRAHAM, for appellant Idlewild Hotel & Investment Company.

BEAUREGARD F. MOSELEY, *pro se.*

LEON A. BEREZNIAK, *pro se,* and RANKIN, DITTUS & LESEMANN, for appellee; JACOB E. DITTUS, of counsel.

MR. PRESIDING JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1113*—*when appeal dismissed for insufficiency of bond.* Where the order allowing an appeal states that "plaintiff" prays the appeal and the appeal is granted on condition that "said party" file an appeal bond, whereas the bond filed is signed by defendant, against whom the judgment was entered, the appeal will be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.